FILED 18 MAR '25 16:20 USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:25-cr-00114-SI |
| v. | **INDICTMENT** |
| **CESAR ANDRES ROJO-LLAMOZA,** | 18 U.S.C. § 111(a)(1), (b) |
| **Defendant.** | |

THE GRAND JURY CHARGES:

<u>COUNT 1</u>
(Assaulting a Federal Officer)
(18 U.S.C. § 111(a)(1), (b))

On or about February 2, 2025, in the District of Oregon, defendant **CESAR ANDRES ROJO-LLAMOZA** forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Adult Victim 1, an Immigration and Customs Enforcement employee and a person designated in 18 U.S.C. § 1114, while Adult Victim 1 was engaged in or on account of the performance of official duties, and in doing so, inflicted bodily injury on Adult Victim 1;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

///

**Indictment**                                                                                                          **Page 1**

## COUNT 2
### (Assaulting a Federal Officer)
### (18 U.S.C. § 111(a)(1), (b))

On or about February 2, 2025, in the District of Oregon, defendant **CESAR ANDRES ROJO-LLAMOZA** forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Adult Victim 2, an Immigration and Customs Enforcement employee and a person designated in 18 U.S.C. § 1114, while Adult Victim 2 was engaged in or on account of the performance of official duties, and in doing so, inflicted bodily injury on Adult Victim 2;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

## COUNT 3
### (Assaulting a Federal Officer)
### (18 U.S.C. § 111(a)(1), (b))

On or about February 2, 2025, in the District of Oregon, defendant **CESAR ANDRES ROJO-LLAMOZA** forcibly assaulted, resisted, opposed, impeded, intimidated, and interfered with Adult Victim 3, an Immigration and Customs Enforcement employee and a person designated in 18 U.S.C. § 1114, while Adult Victim 3 was engaged in or on account of the performance of official duties, and in doing so, inflicted bodily injury on Adult Victim 3;

In violation of Title 18, United States Code, Sections 111(a)(1) and (b).

Dated: March 18, 2025

A TRUE BILL.

OFFICIATING FOREPERSON

Presented by:

WILLIAM M. NARUS
Acting United States Attorney

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney

**Indictment**                                                                                       **Page 2**