Anna Belesiotis, CA SBN 272710
Assistant Federal Public Defender
Email: anna_belesiotis@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123

Attorney for Mr. Rojo-Llamoza

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:25-cr-00114-SI-1 |
| Plaintiff, | |
| v. | FIRST UNOPPOSED MOTION TO CONTINUE TRIAL |
| CESAR ANDRES ROJO-LLAMOZA, | |
| Defendant. | |

Defendant, Cesar Andres Rojo-Llamoza, through his attorney, Anna Belesiotis, moves this Court to continue the trial in the above-entitled case, which is presently scheduled for May 27, 2025, for a period of approximately 91 days, to August 26, 2025, or a date thereafter convenient to the Court. This motion is based on the reasons set forth in the accompanying declaration and is unopposed by Assistant United States Attorney Kate Rochat.

This is defendant's first request to continue the trial in this matter. Additional time is needed for the defense to investigate the case and meet with Mr. Rojo-Llamoza.

Specifically, the parties request the Court exclude the 91-day period from May 27, 2025, through August 26, 2025, under the Speedy Trial Act. The ends of justice are served by a 91-day continuance of this matter.

Page 1 – First Unopposed Motion to Continue Trial

The parties request that the Court set both a new trial date and a deadline for another motion to continue in which the parties will provide additional information including the status of the case.

Mr. Rojo-Llamoza understands that this motion will result in excludable delay under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

Dated: April 29, 2025.

                                          /s/ *Anna Belesiotis*
                                          Anna Belesiotis, CA SBN 272710
                                          Attorney for Mr. Rojo-Llamoza